# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTAS BABAKHANYAN,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, et al.,<br><br>Respondents. | Case No. 5:25-cv-02177-MEMF (DFM)<br><br>Order Requiring Response to Petition (Federal Custody) |

In order to facilitate the just, speedy, and inexpensive determination of this action, IT IS ORDERED that:

1. The Clerk of this Court shall promptly electronically serve a copy of the Petition and a copy of this Order on Respondents. The Clerk shall also serve a copy of this Order on Petitioner.

2. If Petitioner wishes to consent to proceed before a U.S. Magistrate Judge, he must fill out and return the attached form to the Court no later than fourteen (14) days from the service date of this Order.[1]

3. Respondents shall e-file and serve a Notice of Appearance that designates the Assistant United States Attorney(s) in charge of the case within fourteen (14) days of the service date of this Order.

---

[1] If Respondents are willing to consent to magistrate judge jurisdiction, the Assistant U.S. Attorney shall execute and file the consent form as soon as possible.

4. If Respondents contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims (e.g., because Respondents contend that the Court lacks subject matter jurisdiction or that Petitioner has failed to exhaust administrative remedies), Respondents shall file a Motion to Dismiss within fourteen (14) days of the date of this Order. The Motion to Dismiss shall not address the merits of Petitioner's claims, but rather shall be confined to the basis for Respondents' contention that dismissal without reaching the merits of Petitioner's claims is warranted. At the time the Motion to Dismiss is filed, Respondents shall lodge with the Court all records bearing on Respondents' contention in this regard.

5. If Respondents file a Motion to Dismiss, Petitioner shall file his opposition, if any, to the Motion within fourteen (14) days of the date of service thereof. At the time the opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondents which Petitioner believes may be relevant to the Court's determination of the Motion.

6. Unless the Court orders otherwise, Respondents shall not file a reply to Petitioner's opposition to a Motion to Dismiss. If the Motion is denied, the Court will afford Respondents adequate time to respond to Petitioner's claims on the merits.

7. If Respondents do not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file and serve an Answer to the Petition within thirty (30) days of the date of this Order. At the time the Answer is filed, Respondents shall lodge with the Court all records bearing on the merits of Petitioner's claims. The Answer shall also specifically address the necessity for an evidentiary hearing to resolve any issue.

8. Petitioner may file a single reply responding to matters raised in the Answer within fourteen (14) days of the date of service of the Answer. Any

reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the petition. Grounds for relief withheld until the reply will not be considered. No reply shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

9. A request for an extension of time within which to file any answer or reply will be granted only in extraordinary circumstances and only upon a showing of good cause. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary.

10. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a Motion to Dismiss or the reply, as the case may be, is due.

11. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

12. Petitioner shall immediately notify the Court and counsel for Respondents of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. See Local Rule 41-6.

Dated: September 30, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge