# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANASTAS BABAKHANYAN,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>Respondents. | Case No. 5:25-cv-02177-MEMF-DFM<br><br>Order Accepting Report and<br>Recommendation of<br>United States Magistrate Judge |

  Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

  IT IS THEREFORE ORDERED that the Petition is granted. Respondents are ordered to immediately release Petitioner from custody subject to the terms of his preexisting order of supervision. The parties are ordered to file a status report within five (5) days of the issuance of this Order detailing the status of Petitioner's detention.

Date: January 8, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge